1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

5
6
7
8
9
10
11
12

DS-CONCEPT TRADE INVEST, LLC,

      Plaintiff,

    v.

MORGAN-TODT, INC.,

      Defendant.

Case No.: 16-cv-02785 YGR

ORDER GRANTING IN PART STIPULATION;
CONTINUING CASE MANAGEMENT
CONFERENCE; VACATING DATES RE:
MOTION TO DISMISS; SETTING
COMPLIANCE HEARING

Re: Dkt. No. 19

13
14
15

Currently before the Court is the parties' joint stipulation to continue the case management conference and extend deadlines related to defendant's pending motion to dismiss. (Dkt. No. 19.) Good cause appearing, the stipulation is **GRANTED IN PART** as follows:

16
17
18
19

The case management conference currently set for August 29, 2016 is **CONTINUED** to **Monday, October 24, 2016** at **2:00 p.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. The parties shall file an updated case management statement no later than October 17, 2016.

20
21
22

With respect to defendant's pending motion to dismiss (Dkt. No. 15), plaintiff's August 29, 2016 deadline for filing an opposition, defendant's September 6, 2016 deadline for filing a reply, and the September 27, 2016 motion hearing are **VACATED**.

23
24
25
26
27
28

The Court also **SETS** a compliance hearing regarding the status of the pleadings to be held on **Wednesday, September 14, 2016** at **9:01 a.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. No later than September 7, 2016, the parties shall file either: (a) a JOINT STATEMENT informing the Court of the status of the motion to dismiss and any planned amendment of the complaint; or (b) a JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing shall

United States District Court
Northern District of California

be taken off calendar.  Telephonic appearances may be allowed only if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

      **IT IS SO ORDERED.**

      This Order terminates Docket Number 19.

Dated: August 26, 2016

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2