UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DS-CONCEPT TRADE INVEST, LLC**, Plaintiff, v. **MORGAN-TODT, INC.**, Defendant. | Case No. 16-cv-02785-YGR **ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

As of December 13, 2016, the parties had not filed their joint case management statement for the December 19, 2016 Case Management Conference. "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, January 9, 2017** on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **December 30, 2016**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance

nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for December 19, 2016 is **CONTINUED** to **January 9, 2017 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**